UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Spencer Cooper Goidel, § <br>      Plaintiff, § <br> § <br> v. § <br> § <br> I.C. System, Inc.; AND DOES 1 THROUGH § <br> 100, INCLUSIVE, § <br> § <br>      Defendants. § | CASE NO. 5:23-cv-00453-XR |

## NOTICE OF SATISFACTION OF JUDGMENT

**NOTICE IS HEREBY GIVEN** that pursuant to the Offer of Judgment (dkt. #18) and the Order Granting the Accepted Offer of Judgment (dkt. #20) in the above listed civil case number, Defendant I.C. System, Inc. has fully and finally satisfied said judgment by payment of the full amount to Plaintiff and Plaintiff's counsel for attorneys' fees and costs.

                   SCHUMACHER LANE PLLC

Dated:  November 13, 2023    By: */s/ Kyle W. Schumacher*
                  Kyle W. Schumacher SNB: 24106831
                  Attorney for Plaintiff
                  Schumacher Lane PLLC
                  PO Box 558
                  Spring Branch, Texas 78070
                  Ph: 503-482-8137
                  kyle@schumacherlane.com